| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lance Sr, Alan G. | 2. Court or Organization<br><br>Court of Appeals for Veterans Claim | 3. Date of Report<br><br>05/10/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>04/30/2017 |
| 7. Chambers or Office Address<br><br>625 Indiana NW Ste 900<br>Washington D.C., 2004 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Stockholder | Lance Land and Livestock, Ltd. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/91 | State of Idaho - Pension upon retirement after age 55 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Rental income from parking space | $900.00 |
| 2. | 2016 | PERSI - State of Idaho - Pension upon retirement after age 55 | $23,690.30 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The American Legion | August 26-31, 2016 | Cincinnati, Ohio | The National Convention | Airfare and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 - Charles Schwab | C | Int./Div. | M | T | | | | | |
| 2. -Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 3. -AT&T Inc Common Stock | A | Dividend | K | T | Buy (add'l) | 02/02/16 | J | | |
| 4. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 5. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 6. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 7. -C S X Corp Common Stock | A | Dividend | J | T | | | | | |
| 8. -GE Common Stock | A | Dividend | J | T | | | | | |
| 9. -J M Smucker Company Common Stock | A | Dividend | J | T | | | | | |
| 10. -Johnson & Johnson, Inc Common Stock | A | Dividend | J | T | Buy (add'l) | 03/09/16 | J | | |
| 11. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 12. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 13. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 14. -Kraft Heinz Company | A | Dividend | J | T | Buy | 04/06/16 | J | | |
| 15. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 16. | | | | | Buy (add'l) | 10/10/16 | J | | |
| 17. | | | | | Buy (add'l) | 12/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Procter & Gamble Common Stock | A | Dividend | K | T | Buy (add'l) | 02/17/16 | J | | |
| 19. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 20. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 21. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 22. -The Southern Company Common Stock | A | Dividend | J | T | | | | | |
| 23. Lance Land & Livestock, LTD. | C | Distribution | L | U | | | | | |
| 24. -Cash, Land, and Buildings | C | Distribution | L | U | | | | | |
| 25. Common Stock Parks America! Inc. | | None | J | T | | | | | |
| 26. IRA #2 - Vanguard | | None | M | T | | | | | |
| 27. -Emerging Mkts Stock Index | | None | J | T | | | | | |
| 28. -Health Care Fund Inv | | None | M | T | | | | | |
| 29. Life Investors: Cash Value Life Insurance | | None | K | T | | | | | |
| 30. ING ReliaStar Life Insurance | | None | J | T | | | | | |
| 31. IRA #3 - Edward Jones | E | Dividend | N | T | | | | | |
| 32. -Model Core Plus Balanced Toward Income | E | Dividend | N | T | | | | | |
| 33. Capital One Bank Accounts | A | Interest | M | T | | | | | |
| 34. Union First Market Bank Accounts | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Bank Accounts | A | Interest | M | T | | | | | |
| 36. USAA | A | Dividend | J | T | | | | | |
| 37. -Mkt Vctrs Agribusn ETF | A | Dividend | J | T | | | | | |
| 38. -Nuveen Energy MLP ETF | A | Dividend | J | T | | | | | |
| 39. Idaho Central Credit Union | A | Interest | J | T | | | | | |
| 40. US Series I Bonds | A | Interest | J | T | | | | | |
| 41. Gold | | None | J | T | | | | | |
| 42. Waddell & Reed | D | Dividend | M | T | | | | | |
| 43. -WR Advisors Core Investment A | | | | | Sold | 06/24/16 | J | | |
| 44. -WR Advisors Core Investment Y | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 45. -WR Advisors Dividend Opportunities A | A | Dividend | | | Sold | 06/24/16 | J | | |
| 46. -WR Advisors Dividend Opportunities Y | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 47. -WR Advisors Energy A | | | | | Sold | 06/24/16 | J | | |
| 48. -WR Advisors Energy Y | | | J | T | Buy | 06/24/16 | J | | |
| 49. -Ivy Large Cap Growth A | | | | | Sold | 06/24/16 | J | | |
| 50. -Ivy Large Cap Growth I | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 51. -Ivy Mid Cap Growth A | | | | | Sold | 06/24/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ivy Mid Cap Growth I | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 53. -WR Advisors Science and Technology A | | | | | Sold | 06/24/16 | J | | |
| 54. -WR Advisors Science and Technology Y | | | J | T | Buy | 06/24/16 | J | | |
| 55. -Ivy Small Cap Value A | | | | | Sold | 06/24/16 | J | | |
| 56. -Ivy Small Cap Value I | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 57. -WR Advisors Tax-Managed Equity A | | | | | Sold | 06/24/16 | J | | |
| 58. -WR Advisors Tax-Managed Equity Y | A | Dividend | K | T | Buy | 06/24/16 | J | | |
| 59. -WR Advisors Value A | | | | | Sold | 06/24/16 | J | | |
| 60. -WR Advisors Value Y | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 61. -Ivy Micro Cap Growth A | | | | | Sold | 06/24/16 | J | | |
| 62. -Ivy Micro Cap Growth I | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 63. -Ivy Cundill Global Value A | | | | | Sold | 06/24/16 | J | | |
| 64. -Ivy Cundill Global Value I | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 65. -Ivy Global Equity Income A | A | Dividend | | | Sold | 06/24/16 | J | | |
| 66. -Ivy Global Equity Income I | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 67. -Ivy International Core Equity A | | | | | Sold | 06/24/16 | J | | |
| 68. -Ivy International Core Equity I | A | Dividend | J | T | Buy | 06/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -WR Advisors Asset Strategy A | | | | | Sold | 06/24/16 | K | | |
| 70. -WR Advisors Asset Strategy Y | | | K | T | Buy | 06/24/16 | K | | |
| 71. -WR Advisors Continental Income A | A | Dividend | | | Sold | 06/24/16 | J | | |
| 72. -WR Advisors Continental Income Y | A | Dividend | K | T | Buy | 06/24/16 | J | | |
| 73. -Ivy High Income A | A | Dividend | | | Sold | 06/24/16 | J | | |
| 74. -Ivy High Income I | A | Dividend | K | T | Buy | 06/24/16 | K | | |
| 75. -Ivy Limited - Term Bond A | A | Dividend | | | Sold | 06/24/16 | J | | |
| 76. -Ivy Limited - Term Bond I | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 77. -WR Advisors Municipal Bond A | A | Dividend | | | Sold | 06/24/16 | J | | |
| 78. -WR Advisors Municipal Bond Y | A | Dividend | K | T | Buy | 06/24/16 | K | | |
| 79. -WR Advisors Municipal High Income A | A | Dividend | | | Sold | 06/24/16 | J | | |
| 80. -WR Advisors Municipal High Income Y | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 81. -WR Advisors Cash Management A | A | Dividend | J | T | | | | | |
| 82. Wells Fargo Advisors | B | Dividend | L | T | | | | | |
| 83. -Ibbotson Strategic ETF - Conservative Growth & Income Fund | A | Dividend | M | T | | | | | |
| 84. -Plains All American Pipeline, LP (Formerly Plains Marketing LP) | A | Royalty | J | W | | | | | |
| 85. First-Third Bank Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard - Equity Income Fund Inv | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII - Lines 31-32: The funds in this account are not directed by the account holder. The account holder selects a model (Model selected: Model Core Plus Balanced Toward Income) and then has no control of securities or funds held in the account.

2. Part VII - Lines 82-83: The funds in this account are not directed by the account holder. The account holder selects an investment strategy (Ibbotson Strategic ETF - Conservative Growth & Income Fund), and then has no control of securities or funds held in the account.

3. Part VII - Lines 42-81: These funds have dividends and capital gains that are reinvested in additionals shares automatically throughout the year. The funds were moved from "A" shares to "Y" or "I" shares during the year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Alan G. Lance Sr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544